UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA EASTMAN,<br><br>           Plaintiff,<br><br>    vs.<br><br>RASH CURTIS & ASSOCIATES; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: C-11-04627-YGR<br><br>**ORDER VACATING DATES; AND SETTING COMPLIANCE CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are hereby vacated. A Compliance Conference shall be held on **Friday, April 20, 2012**, on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the Compliance Conference, the parties shall file either (a) a dismissal; or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

**IT IS SO ORDERED**.

February 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**