# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA EASTMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>RASH CURTIS & ASSOCIATES; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 4:11-cv-04627 YGR<br><br>[**PROPOSED**] ORDER OF DISMISSAL |

Based on the Stipulation of counsel, the case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

March 23, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE